STATE of Missouri ex rel. Chris KOSTER, Attorney General, State of Missouri, Respondent,

v.

Larry BITTICK, Appellant.

No. WD 76516.

Missouri Court of Appeals,
Western District.

Dec. 31, 2013.

Chris Koster, Attorney General, Denise N. Gabel, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Larry D. Bittick, Cameron, MO, pro se.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Larry Bittick appeals from the judgment of the Circuit Court of Cole County, Missouri, denying his Rule 74.06(b)(4) motion to set aside judgment as void. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).